| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  TXMV2017 LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 5 3 4 5 5 0 5

**4. Debtor's address**

Principal place of business:
12803 Northborough Drive
Number   Street

Houston   TX   77067
City   State   ZIP Code

County

Mailing address, if different from principal place of business:
Number   Street

P.O. Box

City   State   ZIP Code

Location of principal assets, if different from principal place of business
Number   Street

City   State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **TXMV2017 LLC** _____     Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. Check one: |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

B. Check all that apply:

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **TXMV2017 LLC** _____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
               District _____ When _____ Case number _____
                                        MM / DD / YYYY
               District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                    MM / DD / YYYY
           Case number, if known _____

           Debtor _____ Relationship _____
           District _____ When _____
                                    MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in _this district_?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  **TXMV2017 LLC** _____  Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number    Street
                              _____
                              _____
                              City                          State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
        Contact name      _____
        Phone             _____

### Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor  **TXMV2017 LLC** _____  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/06/2025**
MM / DD / YYYY

X _/s/ signature_____
Signature of authorized representative of debtor

**Dr. Fercan E. Kalkan**
Printed name

**Sole Manager and Member**
Title

18. Signature of attorney

X  /s/ Steven Shurn _____  Date  **01/06/2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Steven Shurn, Partner**
Printed name

**Hughes Watters Askanase**
Firm name

**Total Energies Tower**
Number     Street

**1201 Louisiana, 28th Floor**

**Houston**                              **TX**           **77002**
City                                     State           ZIP Code

**(713) 590-4200**                       **sshurn@hwa.com**
Contact phone                            Email address

**24013507**                             **TX**
Bar number                               State

# TXMV2017 LLC
## ACTION BY WRITTEN CONSENT
## OF THE SOLE MEMBER

December 24, 2024

The undersigned, being the sole member (the "***Member***") and manager Fercan E. Kalkan ((the "***Manager***") of TXMV2017 LLC, a Texas limited liability company (the "***Company***"), does hereby consent to and adopt the following resolutions effective as of the date first above written, as the action of the Sole Member and the Manager of the Company, and hereby direct that this written consent to such action be filed with the minutes of the proceedings of the Company:

**WHEREAS,** TXMV2017 LLC, a Texas limited liability company (the "Company"), is organized and existing under the laws of the State of Texas; and

**WHEREAS,** the Sole Member and Manager of the Company have reviewed and considered the financial condition and circumstances of the Company, including its assets, liabilities, and business prospects; and

**WHEREAS,** after due consideration and consultation with legal and financial advisors, the sole Member and Manager have determined that it is in the best interests of the Company, for the Company to seek relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED,** that the sole Member and the Manager hereby authorize the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the applicable jurisdiction; and

**FURTHER RESOLVED,** that Fercan E. Kalkan, Manager of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition and cause the same to be filed in such court at such time as they deem appropriate; and

**FURTHER RESOLVED,** that Fercan E. Kalkan, Manager of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to:

1. Retain legal counsel, financial advisors, and any other professionals deemed necessary to assist the Company in its bankruptcy proceedings and related matters;

2. Execute and file all necessary documents, pleadings, and schedules, and take all other actions necessary or desirable to complete the bankruptcy filing and administer the Company's Chapter 11 case;

3. Negotiate, execute, deliver, and perform any agreements, instruments, or other documents in connection with the bankruptcy proceedings, including any restructuring support agreements, debtor-in-possession financing agreements, or similar documents;

4. Appear in court on behalf of the Company and take all actions in connection with the Chapter 11 case that they deem necessary or appropriate to preserve, protect, and maximize the value of the Company's assets; and

**FURTHER RESOLVED**, that all prior acts and actions taken by any officer, manager, or other authorized representative of the Company in connection with the matters contemplated by this resolution are hereby ratified, confirmed, and approved in all respects; and

**FURTHER RESOLVED**, that this resolution shall be effective immediately and remain in full force and effect until modified, revoked, or superseded by a subsequent resolution adopted by the sole Member and the Manager.

**IN WITNESS WHEREOF**, this Written Consent has been executed by the undersigned as of the date first set forth above.

**MEMBER:**

_____
Fercan E. Kalkan, an Individual

**MANAGER:**

_____
Fercan E. Kalkan, an Individual

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re: § Case No. _____
§
TXMV2017 LLC, § (Chapter 11)
§
Debtor. §

## BRIEF LIST OF ASSETS

| ASSET | ESTIMATED VALUE |
|---|---|
| Real Property | $40,200,000.00 |
| Personal Property | $0 |
| TOTAL | $40,200,000.00 |

DATED: January 6, 2025

TXMV2017 LLC

_____
Fercan E. Kalkan,
Manager

```
First Technology Federal Credit
P. O. Box 2100
Beaverton, OR  97075-2100




Kitchen Central LLC
3010 W. Anderson Lane, Suite C
Austin, TX  78757-1021




Prosperity Real Estate Fund LLC
8600 Woodway Drive
Houston, TX  77063




Resolution Finance, LLC
4100 Alpha Road, Suite 670
Dallas, TX  75244




Texas Excel Property Management
143 Manor Lake Estates Drive
Spring, TX  77379-3722




Texas Real Estate Fund I, LP
2050 W. Sam Houston Parkway Sou
Houston, TX  77042
```